UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA | |
|            -against- | **MEMORANDUM** |
| SHEMAR JOHNSON, | 23 Cr. 335 (NSR) |
|            Defendant. | |

------------------------------------------------------------X

TO:   NELSON S. ROMÁN, UNITED STATES DISTRICT JUDGE

Please find attached a transcript of the July 5, 2023 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: August 2, 2023
       White Plains, New York

                                             Respectfully submitted,

                                             _____
                                             ANDREW E. KRAUSE
                                             United States Magistrate Judge

August 2, 2023

      This transcript represents my Report and Recommendation to the Honorable Nelson S. Román, United States District Judge.

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge