UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\- X

USA

                                    23 Cr. 00335-01 (NSR)

     - against -

SHEMAR JOHNSON,                               ORDER ACCEPTING
                                                PLEA ALLOCUTION

                          Defendant.

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\- X

NELSON S. ROMÁN, U.S.D.J.:

     The Court has reviewed the transcript of the plea allocution in the above-entitled case,

the charging papers, and all other pertinent parts of the record. The Report and Recommendation

of the Honorable Andrew E. Krause, United States Magistrate Judge, dated July 5, 2023, is

approved and accepted.

                                        SO ORDERED.

                                     _____

                                      Hon. Nelson S. Román,
                                      United States District Judge

Dated: White Plains, NY
       September 26, 2023



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __9/26/2023__