

THE LAW OFFICES OF
# Richman Hill & Associates PLLC

2027 Williamsbridge Road, Bronx, NY 10461
718.892.8588 | fax: 718.518.0674

Stacey Richman, Esq.
srichmanlaw@msn.com

Renée C. Hill, Esq.
rhillesq@msn.com

October 1, 2023

**MEMO ENDORSED**

Honorable Nelson S. Roman
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

> Re: United States v. Shemar Johnson
> 23 CR-335 (NSR)
> Current Sentencing Date: 10/13/23
> Proposed Sentencing Date: 10/27/23 at 10:00 a.m.

Your Honor:

In accord with your individual rules, and without objection from the Government, an adjournment of sentencing is requested as counsel will be out of the jurisdiction on 10/13/23.

Counsel has consulted with Courtroom Deputy Clerk Gina Sicora and the proposed date is available within the context of the Court's trial schedule.

With apologies to all for the necessity of this request, I remain,

Most respectfully yours,

Stacey Richman

cc:
AUSA Derek Wikstrom via ECF and Email: Derek.Wisktorm@usdoj.gov
AUSA Josiah Pertz via ECF and Email: Timothy.Pertz@usdoj.gov
Courtesy copy: Courtroom Deputy Clerk: Gina Sicora via email:
Gina_Sicora@nysd.uscourts.gov

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/03/2023

Deft's request to adjourn the in-person Sentencing from Oct. 13, 2023 until Oct. 27, 2023 at 10:00 am is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 44.
Dated: White Plains, NY
October 3, 2023

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE